FILED

AUG - 9 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

4                    **United States Bankruptcy Court**
                     **Central District of California**

5

6                                      ) Chapter 13
                                        )
7  LAWRENCE D. BALLARD                  ) Case No.: 8:08-bk-10782-ES
                                        )
8                                       ) **NOTICE OF UNCLAIMED DIVIDEND**
                                        ) **(Bankruptcy Rule 3011)**
9                                       )
                                        )
10                                      )
                                        )
11  _____

12       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13       Please find annexed hereto Check No. **300801** in the sum of **$100.27**

14  representing an unclaimed dividend in the above-entitled Debtor's estate.

15  Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

16  address of the party entitled to said unclaimed dividend is as follows:

17       LAWRENCE D. BALLARD
         1114 AUSTIN AVE.
18       COSTA MESA, CA 14221

19
    Date: August 7, 2010
20                             _____
                               Amrane Cohen, Chapter 13 Standing Trustee

21

22

23

24

25

26

1

| Case No. | Debtor Name(s) | | | Payment Amount | InterDesc Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0810782 | LAWRENCE D. BALLARD | | XXX-XX-6523 | 100.27 | 0.00 | 100.27 |
| | ACCT: | Claim: 00000 | | | | |
| | | TOTALS | | 100.27 | 0.00 | 100.27 |

LAWRENCE D. BALLARD

BALANCE:                    [0.00  33/00000]
SSN: XXX-XX-6523    SSN:
ACCT:                              CASE: 0810782
PRINCIPAL:        100.27    INTEREST:          0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

AMRANE COHEN                                                                  0300801
CHAPTER 13 TRUSTEE            SUNTRUST            64-79
CHAPTER 13 TRUSTEE           800-786-8787         611
PO BOX 809                                                              Jul 23, 2010
ORANGE, CA  92856                                          VOID 90 DAYS FROM DATE

                                                               *******$100.27

PAY    One Hundred And 27 / 100 Dollars

TO THE      U.S. BANKRUTCY COURT (FISCAL DEPT.)
ORDER OF    255 E. TEMPLE STREET
            LOS ANGELES, CA  90012

⑊⑊03008 01⑊⑊ ⑊061100790⑊000000575186 2⑊⑊